AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| LAKERS FOR GARMETS AND MADE CLOTHES <br><br> *Plaintiff(s)* <br> v. <br> JETAX INC. AND JEFFERY TAXIER <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JETAX INC.
68 INWOOD RD PT, WASHINGTON NY 11050

JEFFERY TAXIER
68 INWOOD RD PT, WASHINGTON NY 11050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MOHAMMAD SAWAEER, ESQ
6915 5TH AVENUE, 2ND FL
BROOKLYN NY 11209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/15/2024

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*